UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SEVERIANO SOLA,**

 Plaintiff,

v.                Case No: 5:20-cv-145-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

 Defendant.

## ORDER

This case is before the Court on the Commissioner's unopposed motion to stay the case for ninety days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 11). Due to the global COVID-19 crisis, the SSA has taken certain steps to maximize social distancing, including suspending in-office services to the public and moving rapidly toward a virtual work environment. (Doc. 11-1).

As a result, the SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia is unable to prepare the transcript of the record for this case. (Doc. 11-1). Many of the OAO's employees are teleworking and are unable to complete the critical in person physical tasks to produce the transcript. (Doc. 11-1).

Accordingly, the Commissioner's unopposed motion to stay is GRANTED. The Commissioner shall file an answer and the transcript of the record for this case within 90 days or advise the Court if another extension is needed.

**DONE** and **ORDERED** in Ocala, Florida on July 17, 2020.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties