# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SEVERIANO SOLA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No: 5:20-cv-145-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The Court previously granted the Commissioner's motion and stayed this action for ninety days, or until the Social Security Agency ("SSA") regained the capacity to produce the certified transcript of the record necessary for this case. (Doc. 12). Now, the Commissioner moves the Court for a second unopposed ninety day stay due to the ongoing difficulties caused by the COVID-19 pandemic. (Doc. 12).

Upon due consideration, the Commissioner's unopposed motion to stay (Doc. 12) is GRANTED. The Commissioner shall file an answer and the transcript of the record for this case within 90 days. The parties should not expect any further extension absent extraordinary circumstances.

**DONE** and **ORDERED** in Ocala, Florida on October 26, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties